| | | |
|---|---|---|
| **GUSTAVO BONILLA** | * | **NO. 2022-CA-0802** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **VERGES ROME ARCHITECTS - A PROFESSIONAL ARCHITECTURAL CORPORATION, PIVOTAL ENGINEERING, LLC; STEVEN HANNAH ROME AND JAMES E. AMEDEO** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

_JCL_ **LOBRANO, J., CONCURS IN THE RESULT**